IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BENJAMIN RADFORD,

    Plaintiff,

v.

                                      Case No: 1:14-cv-334 SMV-KBM

KAREN STOLLZNOW,

    Defendant.

## STIPULATED ORDER GRANTING DEFENDANT KAREN STOLLZNOW'S MOTION TO EXTEND DEADLINE FOR FILING A RESPONSIVE PLEADING

THIS MATTER having come before the Court on Defendant Karen Stollznow's Motion to Extend Deadline for Filing a Responsive Pleading, and the Court being fully advised in the premises FINDS that as all counsel have agreed to this Motion, as the requested extension is brief and does not disrupt any case management deadlines, that this Motion is well taken and should be granted.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that Defendant Karen Stollznow is granted until April 25, 2014 to file an Answer or other responsive pleading allowed under the Rules of Civil Procedure.

                                                          Stephan M. Vidmar
                                                          United States Magistrate Judge

Approved by:

ALLEN, SHEPHERD, LEWIS & SYRA, P.A.


/s/ Christopher P. Winters
E.W. Shepherd
Christopher P. Winters
P.O. Box 94750
Albuquerque, NM 87199-4750
(505) 341-0110
*Attorneys for Defendant*


FREEDMAN, BOYD, HOLLANDER GOLDBERG,
URIAS & WARD, P.A.


/s/ Approved Via E-mail 4/14/14
John W. Boyd
P.O. Box 25326
Albuquerque, NM  87125-0326
(505) 842-9960
*Attorneys for Plaintiff*