IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BENJAMIN RADFORD,**

    **Plaintiffs,**

**v.**                                                        **No. 14-cv-0334 SMV/SCY**

**KAREN STOLLZNOW,**

    **Defendant.**

## **JUDGMENT**

Having dismissed this action without prejudice for lack of personal jurisdiction in the Memorandum Opinion and Order entered concurrently herewith, and pursuant to Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**